UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MARSHA EUGENIA IHRIG,                           CASE NO. 21-01234-5-DMW
                                                CHAPTER 13

   DEBTOR

**DEBTOR'S VERIFIED MOTION TO EXTEND AUTOMATIC STAY**

    Now comes the Debtor, by and through counsel, and moves this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1.     The Debtor filed the above-captioned case on May 28, 2021.

2.     On February 10, 2020, the Debtor filed a prior chapter 13 case bearing the assigned Case No. 20-00578-5-DMW, in the Eastern District of North Carolina. The court dismissed that case on April 19, 2021. The dismissal of the prior case was because of the following (*mark all that apply*):

   ☐   Debtor or Debtor's immediate family incurred significant medical expenses;
   X   Debtor lost job/ had hours reduced/had wages reduced. In May 2020 the Debtor's pay decreased. In February 2021, she lost her job. The Debtor's non-filing spouse also took a 20% pay cut.
   ☐   Debtor incurred a significant expense on primary residence;
   ☐   Debtor incurred a significant expense on primary vehicle;
   ☐   Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money* \*);
   X   Debtor incurred a significant expense related to a dependent (*if so, provide details*): Debtor and her husband incurred significant legal expenses related to her stepson. Also, end-of-life care for Debtor's mother was several thousand dollars.
   ☐   Other \*

3. The Debtor's circumstances have substantially changed because (*mark all that apply*):

   X   Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Debtor has a new job earning approximately $125,000 per year.
   ☐   Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): \*

☐     Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): *

☐     Debtor now has more available income in the form of reduced expenses (*provide details*): Expenses related to stepson have been eliminated.

☐     Other: *

4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

X     is filed within five (5) days of the petition date

☐     is NOT filed within five (5) days of the petition date.

5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtor prays for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated: May 28, 2021

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
Sasser Law Firm
2000 Regency Parkway, Suite 230
Cary, NC 27518
NC Bar No. 26707
Tel: 919.319.7400
Fax: 919.657.7400
Email: travis@sasserbankruptcy.com

## DECLARATION

Under penalty of perjury, I, **Marsha Eugenia Ihrig**, hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

_Marsha E. Ihrig_
(Signed)
**Marsha Eugenia Ihrig,**

Sworn and subscribed to me this the 28th day of May, 2021

_[signature]_
Notary Public

ABOLAJI SAMSON OLANIPEKUN

Notary Seal

> ABOLAJI SAMSON OLANIPEKUN
> NOTARY PUBLIC
> WAKE County
> North Carolina
> My Commission Expires OCTOBER 24, 2024

**END OF DOCUMENT**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MARSHA EUGENIA IHRIG,  CASE NO. 21-01234-5-DMW
 CHAPTER 13

DEBTOR

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a Motion to Continue Automatic Stay has been filed by the debtor. A copy of the motion accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. If a response is filed, a hearing on this motion will be heard at the United States Bankruptcy Court, Eastern District of North Carolina, Raleigh Division located at the Century Station Federal Building, 300 Fayetteville Street, Raleigh, North Carolina 27601 in the 3rd Floor Courtroom starting at 9:30 a.mm on June 22, 2021. You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: May 28, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing Debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

ALL PARTIES ON THE ATTACHED MAILING MATRIX

Dated: May 28, 2021

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

American Express
Attn: Managing Agent/Bankruptcy
Post Office Box 981535
El Paso, TX 79998-1535

Barclays Bank Delaware
Attn: Managing Agent
PO Box 13337
Philadelphia, PA 19101-3337

Capital One
Attn: Managing Agent/Bankruptcy
Post Office Box 30285
Salt Lake City, UT 84130-0285

Capital One/Dress Barn
Attn: Managing Agent/Bankruptcy
Post Office Box 30253
Salt Lake City, UT 84130-0253

Capital One/Walmart
Attn: Managing Agent/Bankruptcy
Post Office Box 30285
Salt Lake City, UT 84130-0285

Citi
Attn: Managing Agent/Bankruptcy
PO Box 6403
Sioux Falls, SD 57117-6403

Comenity Bank/Pottery Barn
Attn: Managing Agent/Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Ulta
Attn: Managing Agent/Bankruptcy
PO Box 182120
Columbus, OH 43218-2120

Comenity Bank/Victoria's Secret
Attn: Managing Agent/Bankruptcy
PO Box 659728
San Antonio, TX 78265-9728

Credit One Bank NA
Attn: Managing Officer
Post Office Box 98875
Las Vegas, NV 89193-8875

DSNB/Macy's
Attn: Managing Agent/Bankruptcy
PO Box 657
Kirkland, WA 98083-0657

Discover Bank Discover Products Inc
Attn: Managing Agent/Bankruptcy
Post Office Box 3025
New Albany, OH 43054-3025

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

I.C. System, Inc
Attn: Managing Agent/Bankruptcy
444 Highway 96 East, PO Box 64437
Saint Paul, MN 55164-0437

Internal Revenue Service
Attn: Managing Agent
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joel Ihrig
2901 Optimist Farm Road
Apex, NC 27539-7914

KLS Financial Services
Attn: Managing Agent/Bankruptcy
991 Aviation Parkway #300
Morrisville, NC 27560-8564

Kohl's/Capital One
Attn: Managing Agent/Bankruptcy
PO Box 3043
Milwaukee, WI 53201-3043

LVNV Funding/ Resurgent Capital
Attn: Managing Agent
Post Office Box 10497
Greenville, SC 29603-0497

Merrick Bank
Attn: Managing Agent
PO Box 5000
Draper, UT 84020-5000

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

One Main Financial
Attn: Managing Agent/Bankruptcy
PO Box 6042
Sioux Falls, SD 57117-6042

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pinnacle
Attn: Managing Agent
PO Box 1259
Wilmington, NC 28402-1259

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC
Attn: Managing Agent/Bankruptcy
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
Post Office Box 788
Kirkland, WA 98083-0788

Regional Acceptanc Corp.
Attn: Managing agent
Post Office Box 1847
Wilson, NC 27894-1847

SYNCB/Amazon
Attn: Managing Agent/Bankruptcy
PO Box 960061
Orlando, FL 32896-0061

SYNCB/JC Penney
Attn: Managing Agent/Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

SYNCB/Lowe's
Attn: Managing Agent/Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

SYNCB/PayPal Credit Services
Attn: Managing Agent/Bankruptcy
Post Office Box 960080
Orlando, FL 32896-0080

SYNCB/QVC
Attn: Managing Agent/Bankruptcy
PO Box 965018
Orlando, FL 32896-5018

SYNCB/Rooms to Go
Attn: Managing Agent/Bankruptcy
PO Box 965036
Orlando, FL 32896-5036

SYNCB/TJX
Attn: Managing Agent/Bankruptcy
770 Cochituate Road
Framingham, MA 01701-4666

Spectrum
Attn: Managing Agent/Bankruptcy
Post Office Box 77169
Charlotte, NC 28271-7004

TD Auto Finance
Attn: Managing Agent/Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

TD Bank USA/Target Card
Attn: Managing Agent/Bankruptcy
PO Box 673
Minneapolis, MN 55440-0673

THD/CBNA
Attn: Managing Agent/Bankruptcy
701 East 60th Street North
Sioux Falls, SD 57104-0432

Verizon Wireless Bankruptcy Admin
Attn: Managing Agent/Bankruptcy
500 Technology Drive #550
Saint Charles, MO 63304-2225

Wells Fargo
Attn: Managing Agent/Bankruptcy
PO Box 5058 MAC P6053-021
Portland, OR 97208-5058

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039

Marsha Eugenia Ihrig
2901 Optimist Farm Road
Apex, NC 27539-7914